## 15424.  BROWN *v.* THE STATE.

BROYLES, C. J.  1.  The exclusion of certain love letters that the female alleged to have been seduced by the defendant wrote to a third person after the alleged seduction was not error. See, in this connection, *Keller* v. *State,* 102 *Ga.* 506 (7) (31 S. E. 92); *Davis* v. *State,* 31 *Ga. App.* 523 (3) (121 S. E. 136).

2. The verdict was authorized by the evidence and the overruling of the motion for a new trial was not error.

Judgment affirmed. *Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Indictment for seduction; from Gwinnett superior court—Judge Russell. January 26, 1924.

*I. L. Oakes, O. A. Nix,* for plaintiff in error.

*Pemberton Cooley, solicitor-general, Kelley & Kelley,* contra.